IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT H. NESBITT JR.,                No. CIV S-03-2243 MCE DAD P

      Plaintiff,

  v.                                    ORDER

NEIL WAKABAYSHI, et al.,

      Defendants.
_____/

    On April 6, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 21, 2005.  The request concerned the magistrate judge's denial of plaintiff's motion to compel Solano County Jail to permit him to inspect and take photographs of two areas of the jail.  By order filed on April 11, 2005, the magistrate judge's ruling was affirmed.  Plaintiff has filed two additional requests for reconsideration of the March 21, 2005 order, and defendants have filed opposition.

///

1

1    In the requests docketed as #305 and #307, plaintiff seeks
2 reconsideration of the denial of his requests for leave to
3 conduct further discovery and to conduct depositions in excess of
4 ten.  Plaintiff contends that the magistrate judge "overlooked"
5 his request for an extension of time to conduct discovery with
6 regard to documentary evidence and his request for leave to
7 depose two third-party witnesses.
8    Pursuant to Local Rule 72-303(f), a magistrate judge's
9 orders shall be upheld unless "clearly erroneous or contrary to
10 law."  Upon review of the entire file, the court finds that it
11 does not appear that the magistrate judge's rulings were clearly
12 erroneous or contrary to law.
13    Therefore, IT IS HEREBY ORDERED that, upon reconsideration,
14 the order of the magistrate judge filed March 21, 2005, is
15 affirmed.
16 DATED: May 10, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2