IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT H. NESBITT, JR.,

    Plaintiff,          No. CIV S-03-2243 MCE DAD P

vs.

NEIL WAKABAYSHI, et al.,

    Defendants.        ORDER

_____/

    Plaintiff has requested a further extension of time to file and serve his opposition to the two motions for summary judgment that were filed by defendants Davis and Marsh on January 7, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's May 9, 2005 request for a two-week extension of time is granted; and

    2. Plaintiff's opposition to the motions for summary judgment filed by defendants Davis and Marsh shall be filed and served on or before May 20, 2005.

DATED: May 13, 2005.

                            /s/ Dale A. Drozd
                            DALE A. DROZD
                            UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
nesb2243.36