1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT H. NESBITT, JR.,

11            Plaintiff,                         No. CIV S-03-2243 MCE DAD P

12        vs.

13   NEIL WAKABAYSHI, et al.,

14            Defendants.                        ORDER

15   _____/

16            By order filed July 8, 2005, the court notified plaintiff that the court had not

17   received documents in opposition to the motions for summary judgment filed by defendants

18   Putnam and Johnson, even though defendants Putnam and Johnson had filed replies to plaintiff's

19   opposition and defendant Johnson had joined with other defendants in objecting to plaintiff's

20   evidence.  Plaintiff was ordered to submit "exact duplicates of his opposition to the Putnam and

21   Johnson motions."  In response to the order, plaintiff has burdened the court and abused the

22   judicial process by submitting the missing documents along with duplicates of fifteen documents

23   already on file.  Also before the court is defendants' application to file additional replies to

24   plaintiff's opposition.

25            The court finds that the following documents received from plaintiff on July 12,

26   2005, comprise his opposition to the Putnam and Johnson motions:  the four documents docketed

1

as #423, 424, 425, and 426, in opposition to defendant Putnam's motion for summary judgment; the four documents docketed as #427, 428, 429, and 430, in opposition to defendant Johnson's motion for summary judgment; the two requests for judicial notice docketed as #434 and 435, both seeking judicial notice of the same two declarations and Solano County's strip search policy; and the request for judicial notice docketed as #422, seeking judicial notice of four internal affairs interviews and medical reports. These documents will be considered by the court.

The following documents received from plaintiff on July 12, 2005, are duplicative of documents already on file: the four documents docketed as #418, 419, 420, and 421, in opposition to defendant Cueva's motion for summary judgment; the three documents docketed as #431, 432, and 433, in opposition to defendant Gray's motion for summary judgment; the four documents docketed as #436, 437, 438, and 439, in opposition to defendant Eakin's motion for summary judgment; and the four documents docketed as #440, 441, 442, and 443, in opposition to defendant C. Bidou's motion for summary judgment. These duplicative documents will not be considered by the court. To avoid confusion in the record, the court will strike these documents.

In their application to prepare replies on behalf of defendants Wakabayashi, James, and M. Bidou, defendants assert that the court's July 8, 2005 order "allow[ed] plaintiff to file all of his opposition" by July 18, 2005, that there has been "a flurry of service and filing" by plaintiff since the court issued its order, and that plaintiff's filings include requests for judicial notice that were not previously filed. Defendants Wakabayashi, James, and M. Bidou seek leave to submit replies, objections, and responses to plaintiff's oppositions.

The court's July 8, 2005 order directed plaintiff to file duplicates of his opposition to the Putnam and Johnson motions. Plaintiff was not granted leave to file any further opposition to the motions filed by defendants Wakabayashi, James, and M. Bidou, and plaintiff did not do so. Moreover, the docket reflects that on June 23, 2005, defendants Wakabayashi and James filed replies to plaintiff's opposition, along with objections to plaintiff's evidence. Although defendant M. Bidou did not file a reply, he has not shown good cause for his failure to do so, and

1   the court's order concerning plaintiff's opposition to the Putnam and Johnson motions does not

2   provide defendant M. Bidou with ground for filing an untimely reply.  Defendants Wakabayashi,

3   James, and M. Bidou will not be granted leave to file additional replies, objections, or other

4   responses to plaintiff's oppositions to their motions.

5           With regard to the three requests for judicial notice received from plaintiff on July

6   12, 2005, the court finds that defendants Putnam and Gray previously filed objections to the

7   request for judicial notice that has been filed and docketed as #435.[1]  (See Defs. Gray's and

8   Putnam's Objections to Pl.'s Evidence in Supp. of Opp'n to Mots. for Summ. J., filed June 16,

9   2005, docketed as #369.)  In objections to evidence filed by defendants Eakin, Johnson, Cueva,

10  and C. Bidou on June 20, 2005, defendants state that plaintiff's opposition references a request

11  for judicial notice but none was filed.  (See Defs. Eakin's, Johnson's Cueva's and C. Bidou's

12  Objections to Pl.'s Evidence in Supp. of Opp'n to Mots. for Summ. J., filed June 20, 2005,

13  docketed as #391, at 3.)  Good cause appearing, defendants Cueva and Johnson will be granted

14  leave to file objections to plaintiff's request for judicial notice docketed as #434, and defendants

15  C. Bidou, Eakin, Gray, Putnam, Cueva, and Johnson will be granted leave to file objections to

16  plaintiff's request for judicial notice docketed as #422.

17          The court does not anticipate granting any party leave to file further briefing or

18  evidence related to the pending motions for summary judgment.  Findings and recommendations

19  will likely be issued in August, and all parties will be expected to file timely objections and

20  replies.  Requests for extensions of time will be looked upon with great disfavor and may be

21  denied.

22  /////

23  /////

---

[1]  Attached to the request for judicial notice docketed as #435 is a copy of plaintiff's statement of disputed facts in opposition to defendant Gray's motion for summary judgment.  It appears that the statement of disputed facts was attached in error.  The document is duplicative and will be disregarded.

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.  The Clerk of the Court is directed to strike the following documents filed by

3 plaintiff on July 12, 2005:  the documents docketed as #418, 419, 420, 421, 431, 432, 433, 436,

4 437, 438, 439, 440, 441, 442, and 443;

5           2.  The July 18, 2005 ex parte application by defendants Wakabayashi, James, and

6 M. Bidou to prepare replies is denied;

7           3.  Defendants Cueva and Johnson are granted five court days from the date of

8 this order to file objections to plaintiff's request for judicial notice docketed as #434; and

9           4.  Defendants C. Bidou, Eakin, Gray, Putnam, Cueva, and Johnson are granted

10 five court days to file objections to plaintiff's request for judicial notice docketed as #422.

11 DATED: July 20, 2005.

12

13 _____

          DALE A. DROZD

          UNITED STATES MAGISTRATE JUDGE

14 DAD:13

nesb2243.replies

15

16

17

18

19

20

21

22

23

24

25

26