IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT H. NESBITT, JR.,

    Plaintiff,                          No. CIV S-03-2243 MCE DAD P

    vs.

NEIL WAKABAYASHI, et al.,

    Defendants.                      ORDER TO SHOW CAUSE

_____/

       By order filed March 21, 1005, pretrial conference was continued from May 27, 2005, to October 21, 2005.  Plaintiff was directed to file and serve his pretrial statement on or before September 30, 2005.  IT IS HEREBY ORDERED that:

       1. Plaintiff shall, within ten court days after this order is filed, file and serve a declaration showing good cause for his failure to file a timely pretrial statement;

       2. Defendants are relieved from filing a pretrial statement at the present time; and

       3. The pretrial conference set for October 21, 2005, is vacated.

DATED: October 11, 2005.

                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:13
nesb2243.oscpts