# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| ROBERT HAYDEN NESBITT, JR., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> NEIL WARABAYSHI; et al., <br><br> Defendants - Appellees. | No. 07-16372 <br> D.C. No. CV-03-02243-MCE/DAD <br><br><br> **ORDER** |

**FILED**

SEP 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [X]

Explanation: _After numerous warnings, defendant repeatedly failed to prosecute his case._

_____
Judge
United States District Court

Date: _9·8·07_