IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT H. NESBITT, JR.,

    Plaintiff,                                       No. CIV S-03-2243 MCE DAD P

    vs.

NEIL WAKABAYASHI, et al.,

    Defendants.                          <u>ORDER</u>

                                          /

            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Both parties have filed pretrial statements in this matter. In his pretrial statement, plaintiff has expressed his belief that a settlement conference would be helpful. Similarly, defendants have indicated in their pretrial statement that they are willing to participate in a settlement conference.

            Accordingly, IT IS HEREBY ORDERED that:

            1. Within thirty days of the date of this order, each party shall notify the court in writing as to whether they wish to proceed with a settlement conference before the undersigned magistrate judge or before a randomly-assigned settlement judge. If the parties wish to proceed with a settlement conference before the undersigned magistrate judge, each party shall return to the court the waiver of disqualification form provided with this order. If any party does not wish

to proceed with a settlement conference before the undersigned magistrate judge and would prefer a settlement conference before a randomly-assigned settlement judge, they shall file a declaration stating such; and

    2. The Clerk of Court is directed to send each party the waiver of disqualification form with respect to settlement conferences.

DATED: May 24, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
nesb2243.conf

2