IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT H. NESBITT, JR.,

      Plaintiff,                     No. CIV S-03-2243 MCE DAD P

     vs.

NEIL WAKABAYASHI, et al.,

      Defendants.                <u>ORDER</u>

/

      Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. §1983. This case has been referred to the undersigned Magistrate Judge to conduct a settlement conference on September 9, 2010, at 10:00 a.m. in Courtroom #27. Plaintiff is to appear by video conference at the institution.

      A separate order and writ of habeas corpus ad testificandum securing petitioner's appearance at the settlement conference via video-conferencing will issue with this order.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. This case is set for a settlement conference before the undersigned Magistrate Judge on September 9, 2010, at 10:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, in Courtroom #27.

      2. Parties shall appear with full settlement authority.

1

3. The parties are to provide confidential settlement conference statements to the following email address: dadorders@caed.uscours.gov  so they arrive no later than September 2, 2010.  Plaintiff shall either mail or deliver his settlement statement to the Clerk's Office, located on the 4th Floor.  Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

4. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at Pelican Bay State Prison via facsimile at (707) 465-9099.

DATED: June 28, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
nesb2243.med

2