**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants NEIL WAKABAYASHI, MATT BIDOU, CATHLEEN BIDOU, JAKE JOHNSON, ANTHONY CUEVA, ROBERT PUTNAM, WILLIE GRAY, BRIAN JAMES, ROD MARSH, and JASON EAKIN

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. NESBITT, JR., | CASE No. : 03–cv-2243 MCE DAD-P |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| OFFICER NEIL WAKABAYSHI, ET AL, | |
| Defendants. | |

///
///
///

1   IT IS HEREBY STIPULATED by and between the parties to this action that defendants NEIL WAKABAYASHI, MATT BIDOU, CATHLEEN BIDOU, JAKE JOHNSON, ANTHONY CUEVA, ROBERT PUTNAM, WILLIE GRAY, BRIAN JAMES, ROD MARSH, and JASON EAKIN be and hereby are dismissed, with prejudice, from the above-captioned action, pursuant to FRCP 41(a)(1)(A)(ii).  Each side to bear its own costs and attorneys' fees.

Dated: 9/23/10

By: */s/ Kathleen J. Williams*
KATHLEEN J. WILLIAMS, CSB #127021
Attorneys for defendants NEIL WAKABAYASHI, MATT BIDOU, CATHLEEN BIDOU, JAKE JOHNSON, ANTHONY CUEVA, ROBERT PUTNAM, WILLIE GRAY, BRIAN JAMES, ROD MARSH, and JASON EAKIN

Dated: 9/17/10

By:*/s/ Robert Nesbitt (original signature retained by counsel)*
ROBERT NESBITT, plaintiff in pro per

**IT IS SO ORDERED**.

Dated: October 6, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE